MURIEL BELANGER, Appellant, v. BOARD OF COOPERATIVE EDUCATIONAL SERVICES SOLE SUPERVISORY DISTRICT OF WARREN COUNTY, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.